**Order entered August 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00565-CV

### JW GST EXEMPT TRUST, ET AL., Appellants

### V.

### WRENO S. WYNNE, ET AL., Appellees

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 84117-86**

## ORDER

Before the Court is appellants' August 21, 2014 unopposed motion for an extension of time to file their brief pending supplementation of the clerk's record. A 2,562 page clerk's record was filed on June 4, 2014. On August 20, 2014, the parties filed a joint motion in the trial court requesting preparation of a supplemental clerk's record to correct "numerous errors in the record, including an incorrectly numbered Index, hundreds of missing pages of exhibits, and several motions and briefs placed out of order in the record." On August 21, 2014, the Court received a 4-volume corrected clerk's record totaling 2,578 pages. Because the corrected clerk's record is only 16 pages longer than the original clerk's record, it does not properly address the parties' joint motion.

Accordingly, we **GRANT** appellants' motion as follows: We **STRIKE** the clerk's records filed on June 4, 2014 and August 21, 2014. We **ORDER** Rhonda Hughey, Kaufman County District Clerk, to file **ON OR BEFORE SEPTEMBER 25, 2014**, a clerk's record correcting each error raised in the parties' joint motion. Appellants' brief will be due fifteen days after the clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Howard Tygrett, Judge of the 86th Judicial District Court of Kaufman County, Texas, Rhonda Hughey, and all counsel of record.

/s/    ADA BROWN
        JUSTICE